```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---
SANTO CARRERO SILVA,

              Petitioner,

    - against -

WILLIAM KEYSER,

             Respondent.

16-cv-7609 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On June 12, 2025, the Court received the petitioner's motion and supporting affidavit. ECF Nos. 17 & 18. The respondent should respond to the motion by **July 14, 2025**. The petitioner may reply by **August 4, 2025**.

The Clerk is directed to mail a copy of this Order to pro se petitioner and note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
            June 16, 2025

                                            /s/ John G. Koeltl
                                            John G. Koeltl
                                        United States District Judge