UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANTO CARRERO SILVA,                          16-cv-7609 (JGK)

                Petitioner,        ORDER

      - against -

WILLIAM KEYSER,

               Respondent.

---

**JOHN G. KOELTL, District Judge:**

    The respondent's request for a two-month extension of time to respond to the petitioner's Rule 60(b)(6) motion (ECF No. 21) is **granted**. The time to respond is extended to **September 14, 2025**. The time for the petitioner to reply is extended to **October 17, 2025**.

    The Clerk is respectfully requested to mail a copy of this Order to the pro se petitioner and to note mailing on the docket.

**SO ORDERED.**

Dated:    New York, New York
            July 11, 2025

                                          John G. Koeltl
                                   United States District Judge